```
```
Case 3:06-cv-04783-CRB   Document 8   Filed 10/02/06   Page 1 of 2

1  VALERIE L. SHARPE (Of Counsel), Bar No. 191344
   KELLER GROVER LLP
2  425 Second Street, Suite 500
   San Francisco, CA 94107
3  Telephone:    (415) 543-1305

4  Attorneys for Defendants
   DAVID J. DAVITON, THE DAVITON LIVING
5  TRUST, and JEANETTE D. DAVITON

UNITED STATES DISTRCIT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>Plaintiff,<br><br>v.<br><br>COASTAL VENTURES, LTD., dba WENDY'S; DAVID J. DAVITON as Trustee of THE DAVITON TRUST; JEANETTE D. DAVITON as Trustee of THE DAVITON LIVING TRUST; the DAVITON LIVING TRUST, and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. C 06 4783<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME FOR DAVID J. DAVITON, JEANETTE D. DAVITON AND THE DAVITON LIVING TRUST TO ANSWER COMPLAINT** |

Plaintiff JOSEPH ABDULLAH ("Plaintiff") and Defendants DAVID J. DAVITON, JEANETTE D. DAVITON and THE DAVITON LIVING TRUST ("Defendants"), by and through their undersigned attorneys of record, hereby stipulate to extend the time for Defendants to answer or otherwise respond to Plaintiff's Complaint. The revised deadline for answering or otherwise responding to Plaintiff's Complaint is now October 11, 2006.

1  **IT IS SO STIPULATED.**

2  Dated: September 26, 2006

_____
REUBEN D. NATHAN
AZIMY & NATHAN LLP
Attorney for Plaintiff
JOSEPH ABDULLAH

Dated: September 28, 2005

/s/
_____
VALERIE L. SHARPE
KELLER GROVER LLP
Attorneys for Defendant
DAVID J. DAVITON, JEANETTE D. DAVITON, and THE DAVITON LIVING TRUST

**IT IS SO ORDERED.**

DATED: September 29, 2006

_____
HONORABLE [Judge Charles R. Breyer]

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

2.

JOINT STIP. & ORDER EXTENDING TIME FOR BACO REALTY TO ANSWER COMPLAINT (CASE NO. C 05 01708)