```
VALERIE L. SHARPE (Of Counsel), Bar No. 191344
KELLER GROVER LLP
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone:    (415) 543-1305

Attorneys for Defendants
DAVID J. DAVITON, THE DAVITON LIVING
TRUST, and JEANETTE D. DAVITON
```

UNITED STATES DISTRCIT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>    Plaintiff,<br><br>v.<br><br>COASTAL VENTURES, LTD., dba WENDY'S; DAVID J. DAVITON as Trustee of THE DAVITON TRUST; JEANETTE D. DAVITON as Trustee of THE DAVITON LIVING TRUST; the DAVITON LIVING TRUST, and Docs 1 through 10, inclusive,<br><br>    Defendants. | Case No. C 06 4783<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME FOR DAVID J. DAVITON, JEANETTE D. DAVITON AND THE DAVITON LIVING TRUST TO ANSWER COMPLAINT** |

Plaintiff JOSEPH ABDULLAH ("Plaintiff") and Defendants DAVID J. DAVITON, JEANETTE D. DAVITON and THE DAVITON LIVING TRUST ("Defendants"), by and through their undersigned attorneys of record, hereby stipulate to extend the time for Defendants to answer or otherwise respond to Plaintiff's Complaint. The revised deadline for answering or otherwise responding to Plaintiff's Complaint is now October 25, 2006. A tentative settlement has been reached in this matter and it is anticipated that a dismissal will be filed prior to October 25, 2006.

1  **IT IS SO STIPULATED.**

2  Dated: October 11, 2006

_____
REUBEN D. NATHAN
AZIMY & NATHAN LLP
Attorney for Plaintiff
JOSEPH ABDULLAH

Dated: October 12, 2005

/s/
_____
VALERIE L. SHARPE
KELLER GROVER LLP
Attorneys for Defendant
DAVID J. DAVITON, JEANETTE D. DAVITON, and THE DAVITON LIVING TRUST

**IT IS SO ORDERED.**

DATED: October 19, 2006

_____
HONORABLE CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA