| | |
|---|---|
| 1 | ERIC A. GROVER, Bar No. 136080 |
| 2 | VALERIE L. SHARPE (Of Counsel), Bar No. 191344<br>**KELLER GROVER LLP** |
| 3 | 425 Second Street, Suite 500<br>San Francisco, California 94107 |
| 4 | (415) 543-1305 |
| 5 | Attorneys for Defendants<br>COASTAL VENTURES CO., DAVID J. DAVITON, JEANETTE |
| 6 | D. DAVITON and THE DAVITON LIVING TRUST |
| 7 | REUBEN D. NATHAN, Bar No. 208436 |
| 8 | **AZIMY & NATHAN, LLP**<br>18500 Von Karman Ave., Suite 500 |
| 9 | Irvine, California 92612<br>Telephone:   (949) 486-1889 |
| 10 | Attorneys for Plaintiff<br>JOSEPH ABDULLAH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH, | Case No. C 06 4783 CRB |
| Plaintiff, | **STIPULATED ORDER OF DISMISSAL** |
| v. | Fed Rules Civ. Proc., Rule 41(a)(1) |
| COASTAL VENTURES, LTD. Dba WENDY'S; DAVID J. DAVITON as Trustee of THE DAVITON LIVING TRUST; JEANETTE D. DAVITON as Trustee of THE DAVITON LIVING TRUST; THE DAVITON LIVING TRUST and Does 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties hereto, by and between their respective counsel of record, that all claims presented by Plaintiff Joseph Abdullah in the above-

referenced matter shall be dismissed with prejudice. Each side is to bear its/their own costs including attorneys' fees.

**IT IS SO STIPULATED:**

Dated: November __, 2006

KELLER GROVER LLP

By: _____
VALERIE L. SHARPE
Attorneys for Defendants

Dated: November 27, 2006

AZIMY & NATHAN, LLP

By: _____
REUBEN D. NATHAN
Attorney for Plaintiff

**IT IS SO ORDERED.**

DATED: December 1, 2006

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATED ORDER OF DISMISSAL

Case No. C 06 4783 CRB
Page 2